UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TIMOTHY DEHAAN and JONATHAN SHERRILL, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>TOP SHOT FIREARMS SIMULATOR, INC., MICHAEL NELLINGER and MICHAEL WILSON, )<br>)<br>Defendants )<br>MICHAEL NELLINGER and MICHAEL WILSON, )<br>)<br>Counterclaimants, )<br>)<br>vs. )<br>)<br>TIMOTHY DEHAAN and JONATHAN SHERRILL, )<br>)<br>Counterclaim Defendants. ) | Case No.: 1:22-cv-00425-SEB-MG |

## ORDER OF DISMISSAL

The Court, having considered the parties' Joint Stipulation of Dismissal with Prejudice and being duly advised, hereby ORDERS this matter is DISMISSED WITH PREJUDICE, the parties to bear their own attorneys' fees and costs.

Date: 11/22/2022

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

*Distribution to all counsel of record via ECF.*